**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAN 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Frederick L. Hargrove
2013 Hancock Drive
Upper Marlboro, Maryland 20774
(301) 249-4144

V

David Bibb, Administrator
General Services Administration
1800 F Street, NW
Washington, DC 20405

CASE NUMBER 1:06CV00091

JUDGE: Royce C. Lamberth

DECK TYPE: Labor/ERISA

DATE STAMP: 01/18/2006

JURY ACTION

**Complainant:**

**Name:**            Frederick L. Hargrove

**Title:**           Contracting Officer (GS 1102-13)

**Home Address:**    2013 Hancock Drive
                     Upper Marlboro, MD 20774
                     (H)  (301) 249-4144
                     (W)  (202) 708-7109

**Representative:**  To be determined

**Agency/Defendant:** General Services Administration, FTS
                      National Capital Region, Acquisition Management Center
                      7th & D Streets, S.W.
                      Washington, DC 20407

**Description of Complaint:**

**Nature of Actions, Decisions or Conditions Giving Rise to Complaint:**

Disciplinary actions were taken against complainant. Specifically, On July 27, 2005, Frederick L. Hargrove, an employee of the General Services was unfairly suspended without pay from his employment for sixty days.

**Name and Location of Agency/Unit Involved in Action Complained of:**

General Services Administration, National Capital Region, Federal Acquisition Service, Federal Technology Service, Acquisition Management Center, Washington, D.C.

**Date and notification of suspension/disciplinary action:** July 27, 2005

**Summary of Events Leading to the complaint:**

**1. Facts:** Complainant is an African American Male. He works as a Contracting Officer (GS-13) at the General Services Administration, FTS and Acquisition Management Center. On July 27th, 2005, he received a Decision Letter to suspend for 60 days. The effective dates of the suspension were July 31, 2005 through August 13, 2005; August 28, 2005 through September 10, 2005; and October 9, 2005 through November 9, 2005. The decision on the proposed reduction-in-grade and suspension" letter was issued by Deborah Ward-Holliday (African American) (Female), (GS-15), Supervisory Contract Specialist, who is also the Complainant's second line supervisor. Frederick T. Haines is the Complainant's third line supervisor, (Caucasian) (Male) Chief Operations Officer (GS-15) for the General Services Administration, Federal Acquisition Service, National Capital Region, Acquisition Management Center, Washington D.C. The record shows that the reduction-in-grade was not imposed.

The documented reason to suspend was the result of a National Office Inspector General (OIG) audit of the Agency's contracting and procurement practices within the Acquisition Management Center.

Mr. Hargrove has been employed with GSA for 17 years. Mr. Hargrove has consistently demonstrated excellence in his performance evaluations for the past 17 years. Mr. Hargrove has never received any disciplinary actions or warnings of performance

problems prior to his suspension.

**Requested Relief**

A. Jury Trial

B. Compensatory damages in the amount of $300,000.00 ( inclusive in this amount is the restoration of pay as a result of the suspension)

C. Restoration of any leave used due to medical illness as a result of the organizations actions involved in this claim;

D. Reimbursement of any attorney fees;

E. Rescission of suspension;

F. Reassignment to another position with the General Services Administration.

_____  1-18-06
Frederick L. Hargrove         Date
2013 Hancock Drive
Upper Marlboro, Md  20774