UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Frederick L. Hargrove**<br>      **Plaintiff,**<br><br>v.<br><br>**U.S. General Services Administration,**<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>) Civil Action No. 1:06CV00091<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S ANSWER

COMES NOW Defendant, United States General Services Administration ("GSA"), and in answer to the labeled paragraphs of Plaintiff's complaint in the above-titled matter, responds as follows:

### FIRST DEFENSE

Plaintiff's complaint should be dismissed for failure to state a claim upon which relief can be granted.

### SECOND DEFENSE

Defendant's actions with respect to the claims in this case were in full compliance with law and regulation.

### THIRD DEFENSE

The Defendant herein incorporates by reference, as if fully stated, all of the defenses previously stated and answers the labeled paragraphs of the Plaintiff's complaint as follows:

1. **"Nature of Actions, Decisions or Conditions Giving Rise to Complaint:"** Defendant admits to the first sentence. Defendant denies the second sentence.

2. **"Name and Location of Agency/Unit Involved in Action Complained of:"** Admit.

3. **"Date and notification of suspension/disciplinary action:"** Admit.

4. **"Summary of Events Leading to the complaint:"** Defendant admits the first, second, third, fourth, fifth, sixth, and seventh sentences.

Defendant admits the eighth sentence eight to the extent that the allegation states that the misconduct serving as the basis for the suspension was discovered during an Office of Inspector general (OIG) audit and an independent comprehensive file review of the National Capital Region's contracts. Defendant admits the ninth sentence. With regard to the tenth and eleventh sentences, Defendant does not have sufficient knowledge to admit or deny these allegations and, therefore, denies them.

5. The paragraph titled "Requested Relief" contains the Plaintiff's prayer for relief, to which no response is required, but to the extent that any answer may be deemed required, Defendant denies that Plaintiff is entitled to a declaratory judgment, injunctive relief, compensatory damages, attorneys' fees and costs, or any other relief whatsoever. Defendant further avers that any award of compensatory damages would be subject to and limited by 42 U.S.C. § 1981a.

Defendant denies each and every averment not specifically, expressly admitted.

WHEREFORE, the United States demands as follows:

1. Judgment in its favor and against Plaintiff;

2. For all costs incurred herein; and

3. For any and all relief to which it may appear to be entitled.

Dated: March 27, 2006.	Respectfully Submitted,

__//s//_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

_____//s//_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____//s//_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2006, I caused to be served a copy of <u>Defendant's Answer</u> via First Class Mail, with postage prepaid to Pro Se Plaintiff, addressed as follows:

Mr. Frederick L. Hargrove
2013 Hancock, Drive
Upper Marlboro, MD 20774

_____//s//_____
John C. Truong