UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDERICK L. HARGROVE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-91 (RCL) |
| ) | |
| **David Bibb, Administrator,** ) | |
| **U.S. GENERAL SERVICES ADMIN.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant has filed an answer.  Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant.  Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order.  The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, March 27, 2006.