UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERICK L. HARGROVE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-00091 (RCL) |
| | ) |
| **DAVID BIBB, Administrator,** | ) |
| **General Services Administration,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

A meet-and-confer conference should have been held pursuant to the Court's order filed March 28, 2006.

Under Local Rule 16.3, the <u>parties</u> are responsible for filing proposed scheduling orders, although the primary burden is on the plaintiff to ensure the timely filing of the report of the meet-and-confer conference. If the meeting was not scheduled by plaintiff, and the report not provided, it was incumbent upon counsel for defendant to notify the court.

Since both parties have apparently been derelict, the court will allow both parties to come into compliance with Local Rule 16.3. The court expects a meet-and-confer conference to be held within 10 days of this date, and a report of that conference, with proposed scheduling order(s), to be filed within 5 days thereafter.

**SIGNED BY ROYCE C. LAMBERTH, UNITED STATES JUDGE, ON MAY 31, 2006**