UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK L. HARGROVE | ) |
| Plaintiffs, | ) |
| | ) Civ. No.: 06-0091 (RCL) |
| v. | ) |
| DAVID BIBB, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL
## OF ALL CLAIMS AGAINST THE UNITED STATES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff hereby dismisses all claims against the United States of America raised in the above-captioned case, with prejudice, with each party to bear its own costs and fees.

For Plaintiff:

/s/ Frederick Hargrove
Frederick L. Hardgrove, Pro se
2013 Hancock Drive
Upper Marlboro, MD 20774

Pro Se

For Defendant:

/s/ Kenneth L. Wainstein /duh
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/ Rudolph Contreras /duh
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 307-0406
Attorneys for Defendant